


Case 1:07-cv-00113-M... M-SAA Document 23 Filed 01/2..2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE SMITH, ET AL | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 1:07CV0113-M-D |
| BRANDON PRESLEY, ET AL | DEFENDANTS |

---

**NOTICE OF DESIGNATION OF EXPERT WITNESSES**

---

COMES NOW Plaintiffs, Charlotte Smith and Chandler Smith, a Child, by his mother, and files this, their Notice of Designation of Expert Witnesses in this suit, which is pending in the U.S. District Court, and files this Notice of Designation of Expert Witnesses pursuant to the Federal Rules of Civil Procedure and other applicable rules.

EXPERT WITNESSES

(a) Dwayne Odom
Police Officer/Training Officer
Expert in Police Procedures and Proper uses of pepper spray
Telephone No.: (601) 506-8219
Address: Board on Law Enforcement Officer Standards and training
3791 Highway 468 West
Pearl, Mississippi 39208

(b) Jeff Curtis
Police Officer/Training Officer
Telephone No.: (601) 506-8219
(601) 960-1378
Address: Board on Law Enforcement Officer Standards and training
3791 Highway 468 West
Pearl, Mississippi 39208

(c) Name to be Supplemented later
Employed by Region Three Mental Health
Address: Youth Court Counselor for Darius Smith
1619 Highland Drive ( Highway 25 North)
Amory, Mississippi 38821

EXHIBIT
A
tabbies




These are the only known expert witnesses, at this time, that the Plaintiffs anticipate calling in the trial of this case.

**/s/ Gene Barton**
Gene Barton
Post Office Box 147
Okolona, Mississippi 38860
Telephone: (662) 447-2522
Facsimile: (662) 447-2526
Email: gbartonatty@bellsouth.net
Mississippi Bar No. 2102

**ATTORNEY FOR PLAINTIFFS**




Case 1:07-cv-00113-M-M-SAA Document 23 Filed 01/22/2008 Page 3 of 3

**Phyllis Kirkland (114 T.O.)**

---

**From:** ecf_Information@msnd.uscourts.gov
**Sent:** Tuesday, January 22, 2008 2:16 PM
**To:** ecf_notice@msnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00113-MPM-SAA Smith et al v. Presley et al Notice (Other)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Northern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered by Barton, Robert on 1/22/2008 at 2:15 PM CST and filed on 1/22/2008
**Case Name:** Smith et al v. Presley et al
**Case Number:** 1:07-cv-113
**Filer:** Charlotte Smith
**Document Number:** 23

**Docket Text:**
NOTICE by Robert Eugene Barton on behalf of Charlotte Smith (Barton, Robert)

**1:07-cv-113 Notice has been electronically mailed to:**

Robert Eugene Barton gbartonatty@bellsouth.net, gbarton@bellsouth.net

Gary E. Friedman friedmag@phelps.com, barnetts@phelps.com

Mark Nolan Halbert halbertm@phelps.com, schmidtp@phelps.com

**1:07-cv-113 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=1/22/2008] [FileNumber=504077-0] [22b1abfdeef9cea5b20db3a3e47dba544c529be93be87b4a9e717a874289b4cde302 15c28ce42efd7ef39d9ea11f914a24989955d04c843f408e1564306f60a3]]




Case 1:07-cv-00113-MPM-SAA Document 24 Filed 01/22/2008 Page 1 of 1

**CERTIFICATE OF SERVICE**

This will certify that the undersigned attorney, Gene Barton, has, this day, delivered a true and correct copy of the above and foregoing Notice of Designation of Expert Witnesses by electronic mail to:

HALBERTM@phelps.com

THIS, the 22nd day of January, 2008.

**/s/ Gene Barton**
**Gene Barton**

**Phyllis Kirkland (114 T.O.)**

---

**From:** ecf_Information@msnd.uscourts.gov
**Sent:** Tuesday, January 22, 2008 2:31 PM
**To:** ecf_notice@msnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00113-MPM-SAA Smith et al v. Presley et al Notice of Service

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Northern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered by Barton, Robert on 1/22/2008 at 2:31 PM CST and filed on 1/22/2008
**Case Name:** Smith et al v. Presley et al
**Case Number:** 1:07-cv-113
**Filer:** Charlotte Smith
**Document Number:** 24

**Docket Text:**
NOTICE OF SERVICE of Notice of Designation of Expert Witnesses by Robert Eugene Barton on behalf of Charlotte Smith to Mark Halbert. (Barton, Robert)

**1:07-cv-113 Notice has been electronically mailed to:**

Robert Eugene Barton gbartonatty@bellsouth.net, gbarton@bellsouth.net

Gary E. Friedman friedmag@phelps.com, barnetts@phelps.com

Mark Nolan Halbert halbertm@phelps.com, schmidtp@phelps.com

**1:07-cv-113 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=1/22/2008] [FileNumber=504104-0]
[583ce66b18d90eefebfdc356cf2f5ebe061c3d1f1c8b9d38950a16ada641e6effddc
c88c7ef49c7105ae5d52cc87844f8e8c6b726bbcc35108dff645ad5420d4]]



PDF-XChange Click to buy NOW! www.docu-track.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHARLOTTE SMITH, ET AL — PLAINTIFFS

VS. — CIVIL ACTION NO. 1:07CV0113-M-D

BRANDON PRESLEY, ET AL — DEFENDANTS

**AMENDED NOTICE OF DESIGNATION OF EXPERT WITNESSES**

COMES NOW Plaintiffs, Charlotte Smith and Chandler Smith, a Child, by his mother, and files this, their Notice of Designation of Expert Witnesses in this suit, which is pending in the U.S. District Court, and files this Notice of Designation of Expert Witnesses pursuant to the Federal Rules of Civil Procedure and other applicable rules.

EXPERT WITNESSES

( a ) Dwayne Odom
Police Officer/Training Officer
Expert in Police Procedures and Proper uses of Pepper Spray
Telephone No.: (601) 506-8219
Address: Board on Law Enforcement Officer Standards and training
3791 Highway 468 West
Pearl, Mississippi 39208

( b ) Jeff Curtis
Police Officer/Training Officer
Expert in Police Procedures and Proper uses of Pepper Spray
Telephone No.: (601) 506-8219
(601) 960-1378
Address: Board on Law Enforcement Officer Standards and training
3791 Highway 468 West
Pearl, Mississippi 39208

( c ) Name to be Supplemented later
Employed by Region Three Mental Health
Address: Youth Court Counselor for Darius Smith
1619 Highland Drive ( Highway 25 North)
Amory, Mississippi 38821

EXHIBIT
B




These are the only known expert witnesses, at this time, that the Plaintiffs anticipate calling in the trial of this case.

**/s/ Gene Barton**
Gene Barton
Post Office Box 147
Okolona, Mississippi 38860
Telephone: (662) 447-2522
Facsimile: (662) 447-2526
Email: gbartonatty@bellsouth.net
Mississippi Bar No. 2102

**ATTORNEY FOR PLAINTIFFS**




**Phyllis Kirkland (114 T.O.)**

---

**From:** ecf_Information@msnd.uscourts.gov
**Sent:** Tuesday, January 22, 2008 2:42 PM
**To:** ecf_notice@msnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00113-MPM-SAA Smith et al v. Presley et al Notice (Other)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Northern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered by Barton, Robert on 1/22/2008 at 2:42 PM CST and filed on 1/22/2008

**Case Name:** Smith et al v. Presley et al
**Case Number:** 1:07-cv-113
**Filer:** Charlotte Smith
**Document Number:** 25

**Docket Text:**
NOTICE by Robert Eugene Barton on behalf of Charlotte Smith (Barton, Robert)

**1:07-cv-113 Notice has been electronically mailed to:**

Robert Eugene Barton gbartonatty@bellsouth.net, gbarton@bellsouth.net

Gary E. Friedman friedmag@phelps.com, barnetts@phelps.com

Mark Nolan Halbert halbertm@phelps.com, schmidtp@phelps.com

**1:07-cv-113 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=1/22/2008] [FileNumber=504119-0]
[497431fb56c56a94caefc25eea96f6b0b2b846a81ab282ac1767b3a8d5d5c78e0fe7
9553f2fb5f7bb8d6ae35015290b4d5af3e7b44b75459ef3f11752f98deaf]]



**CERTIFICATE OF SERVICE**

This will certify that the undersigned attorney, Gene Barton, has, this day, delivered a true and correct copy of the above and foregoing Amended Notice of Designation of Expert Witnesses by electronic mail to:

HALBERTM@phelps.com

THIS, the 22nd day of January, 2008.

**/s/ Gene Barton**
**Gene Barton**

**Phyllis Kirkland (114 T.O.)**

---

**From:** ecf_Information@msnd.uscourts.gov
**Sent:** Tuesday, January 22, 2008 2:46 PM
**To:** ecf_notice@msnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00113-MPM-SAA Smith et al v. Presley et al Notice of Service

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Northern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered by Barton, Robert on 1/22/2008 at 2:45 PM CST and filed on 1/22/2008

**Case Name:** Smith et al v. Presley et al
**Case Number:** 1:07-cv-113
**Filer:** Charlotte Smith
**Document Number:** 26

**Docket Text:**
NOTICE OF SERVICE of Certificate of Service by Robert Eugene Barton on behalf of Charlotte Smith to Mark Halbert. (Barton, Robert)

**1:07-cv-113 Notice has been electronically mailed to:**

Robert Eugene Barton gbartonatty@bellsouth.net, gbarton@bellsouth.net

Gary E. Friedman friedmag@phelps.com, barnetts@phelps.com

Mark Nolan Halbert halbertm@phelps.com, schmidtp@phelps.com

**1:07-cv-113 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=1/22/2008] [FileNumber=504125-0]
[23ea030c7a6b5e5f6dfa8c81d0f27ccda18e4a14412afaee11a2f7e47afd5cccf24d
2631b6c21ed7cb150b6913d6bc9540ea7998172a60a8b9670d9b72223df8]]


